# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## ALEXANDER DIVISION

Luda Cannon
       Plaintiff

vs.                                                                              Case No. 1:21-cv- 01010 OL-TCB

ARAM, LLC
d/b/a/ Country Inn & Suites by Raddison,
Potomac Mills Woodbridge Virginia
       Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Luda Cannon, has passed away. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the above action is dismissed with prejudice, each party to bear its own fees and costs.

Respectfully submitted,

/s/ Barry Weintraub
Barry Weintraub
2124 Jefferson Davis Highway
Stafford VA 22554
540-658-9980
703-963-2595
4110ffice@gmail.com
Counsel for Plaintiff

/s/ Brian A. Scotti
Brian A. Scotti (VSB No. 74510)
Brian J. Healy (VSB No. 93551)
GORDON REES SCULLY MANSUKHANI, LLP
1101 King Street, Suite 520
Alexandria, VA 22314
202.372.9078
202.800.2999 (Facsimile)
bscotti@grsm.com
bhealy@grsm.com
Attorney for Defendant ARAM, LLC d/b/a Country
Inn & Suites by Raddison, Potomac Mills

Woodbridge Virginia

SO ORDERED:  _____
                                                   Judge

ENTERED:  _____